Case # 2:25-CV-288

FILED - MQ
January 21, 2026 3:39 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MLC  SCANNED BY: /22/26

Dear Jane M. Beckering,

I would like to file a motion ~~to~~ request an extension for my case 2:25-cv-288. My mother was in the hospital and I am managing my parents care. If possible, may I request a 30 day extension. Thank you for your consideration.

Regards,

Tanya Bushman

Tanya Bushman
E9004 Powell Lake Rd.
Wetmore, MI
49895

906-361-9112